# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Azar | **CASE NUMBER** |
| v.  PLAINTIFF(S) | 2:23-cv-05001-MCS-RAOx |
| Housing Authority of the City of Los Angeles et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 23-05 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 23-05.

June 27, 2023
Date

_[signature]_
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____          _____
Date                            United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:23-cv-03295-SPG-JPRx   and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Rozella A. Oliver   to Magistrate Judge   Jean P. Rosenbluth   .

On all documents subsequently filed in this case, please substitute the initials   SPG-JPRx   after the case number in place of the initials of the prior judge, so that the case number will read   2:23-cv-05001-SPG-JPRx   . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] Previous Judge    [ ] Statistics Clerk

CV-34 (05/23)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 23-05  (Related Cases)